Anthony J. DeCristoforo, SBN 166171
Anthony.DeCristoforo@ogletreedeakins.com
Daniel E. Richardson, SBN 289327
Daniel.richardson@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
500 Capitol Mall, Suite 2500
Sacramento, CA 95814
Telephone: 916.840.3150
Facsimile: 916.840.3159

Attorneys for Defendant
STUDENT ASSISTANCE CORPORATION.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLE FURTADO,<br><br>  Plaintiffs,<br><br>  vs.<br><br>STUDENT ASSISTANCE CORPORATION<br><br>  Defendants. | Case No. 2:19-CV-00080-MCE-AC<br><br>**JOINT STIPULATION AND ORDER TO EXTEND TIME TO ANSWER COMPLAINT PURSUANT TO EASTERN DISTRICT LOCAL RULE 144(a); ORDER**<br><br>Complaint Filed: January 11, 2019<br>Trial Date:  None yet<br>Judge:  Hon. Morrison C. England |

THE PARTIES HEREBY STIPULATE AND AGREE that Defendant STUDENT ASSISTANCE CORPORATION, may have until March 4, 2019, to file a responsive pleading to Plaintiff's Complaint in order to allow Defendant to obtain information necessary to file an Answer to the Complaint. This extension does not exceed the twenty-eight (28) days allowed under Eastern District Local Rule 144(a). This is the first stipulation for extension of time between the parties. Pursuant to Local Rule 144(a), approval of this stipulation by the Court is not necessary.

IT IS SO STIPULATED.

Dated: February 15, 2019		OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: <u>//s// *Daniel E. Richardson*</u>
    Anthony J. DeCristoforo
    Daniel E. Richardson
    Attorneys for Defendant
    STUDENT ASSISTANCE CORPORATION

Dated: February 15, 2019		KIMMEL and SILVERMAN, P.C.

By: <u>//s// *Amy Lynn Bennecoff Ginsburg*</u>
    Amy Lynn Bennecoff Ginsburg
    Attorneys For Plaintiff
    CAROLE FURTADO

## ATTESTATION

Concurrence in the filing of this document has been obtained from each of the individuals whose electronic signature is attributed above.

Dated: February 15, 2019		OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: <u>//s// *Daniel E. Richardson*</u>
    Anthony J. DeCristoforo
    Daniel E. Richardson
    Attorneys for Defendant
    STUDENT ASSISTANCE CORPORATION

**ORDER**

Pursuant to the stipulation of the parties under Civil Local Rule 144(a), IT IS SO ORDERED THAT Defendant shall have until March 4, 2019 to file its responsive pleadings to Plaintiff's Complaint.

IT IS SO ORDERED.

Dated: February 20, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

---

JOINT STIPULATION AND ORDER TO EXTEND TIME TO ANSWER COMPLAINT PURSUANT TO EASTERN DISTRICT LOCAL RULE 144(a); ORDER