ANTHONY J. DECRISTOFORO, SBN 166171
Anthony.DeCristofoo@ogletreedeakins.com
DANIEL E. RICHARDSON, SBN 289327
Daniel.Richardson@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
500 Capitol Mall, Suite 2500
Sacramento, CA 95814
Telephone: 916.840.3150
Facsimile: 916.840.3159

BONNIE L. MARTIN, *Admitted Pro Hac Vice*
Bonnie.Martin@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.
111 Monument Circle, Suite 4600
Indianapolis, IN 46204
Telephone: 317.916.2118
Facsimile: 317.916.9076

Attorneys for Defendant
STUDENT ASSISTANCE CORPORATION

AMY L. BENNECOFF (275805)
teamkimmel@creditlaw.com
KIMMEL & SILVERMAN, P.C.
30 East Butler Pike
Ambler, PA 19002
Telephone: 215-540-8888
Facsimile: 215-540-8817

Attorney for Plaintiff Carole Furtado

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CAROLE FURTADO,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>STUDENT ASSISTANCE CORPORATION<br><br>　　　　Defendants. | Case No. 2:19-CV-00080-MCE-AC<br><br>**STIPULATION TO DISMISS**<br><br>Complaint Filed: January 11, 2019<br>Judge　　　Hon. Morrison C. England |

STIPULATION TO DISMISSAL

Plaintiff Carole Furtado ("Plaintiff") and Defendant Student Assistance Corporation ("Defendant") (collectively "the Parties") by and through their respective counsel of record, hereby enter in the following stipulation:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action is hereby dismissed with prejudice in its entirety. The parties shall each bear their respective costs and attorneys' fees.

**IT IS SO STIPULATED.**

Dated: February 6, 2020  **Kimmel & Silverman, P.C.**

By: */s/ Amy L. Bennecoff*
Amy L. Bennecoff Ginsburg
Attorneys for Plaintiff

Dated: February 6, 2020  **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

By: */s/ Bonnie L. Martin*
Anthony J. DeCristoforo
Bonnie L. Martin
Daniel E. Richardson
Attorneys for Defendant

## **ATTESTATION**

Concurrence in the filing of this document has been obtained from each of the individuals whose electronic signature is attributed above.

DATED: February 6, 2020

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Daniel E. Richardson*
Anthony J. DeCristoforo
Bonnie L. Martin
Daniel E. Richardson

Attorneys for Defendant
STUDENT ASSISTANCE CORPORATION

**ORDER**

In accordance with the foregoing stipulation of the parties, and good cause appearing, this action is hereby dismissed with prejudice, each side to bear its own costs and attorneys' fees. The matter having now been concluded in its entirety, the Clerk of the Court is directed to close the file.

IT IS SO ORDERED.

Dated: February 11, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

41696621.1

PROOF OF SERVICE